**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ARGONIDE CORPORATION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. **6:09-cv-852-Orl-28DAB**

**IN-TEC WATER PRODUCTS, LLC, and**
**JOHN E. NOHREN, JR.,**

        **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR LEAVE TO FILE UNDER SEAL (Doc. No. 36)**
>
> **FILED:** January 20, 2010
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Defendants request leave to file a Master Supply Agreement between Plaintiff and one of its customers (a non-party) under seal, as the parties have agreed to designate this item "attorney eyes only." The request is denied.

Courts are public venues with public dockets. This common-law right of access to judicial proceedings establishes a presumption that criminal and civil actions should be conducted openly and that judicial records are subject to inspection and copying. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir.2001). To the extent any party or person

wishes to avoid the general rule of open records, he or she must comply with the requirements set forth in the District's local rule regarding filings under seal, and establish a sufficient justification for the filing. No such justification is presented here. Absent any compelling circumstance justifying overriding the common law right of access to judicial records, the motion is **denied.**

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record